IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY                                                                                          PLAINTIFF

v.                                      Case No. 2:15-CV-02107

RICHARD A. HAMMOND; BARBARA A. HAMMOND;
SETH CREED, as special administrator of the estate of
Richard W. Hammond, deceased; and BANK OF THE
OZARKS, as special administrator of the estate of Jaime
Christine Shipman, deceased                                                                                DEFENDANTS

## DECLARATORY JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff, Southern Farm Bureau Casualty Insurance Company ("Southern Farm Bureau"), has no duty to defend or indemnify the estate of Ricci Hammond ("the Hammond Estate") in litigation currently pending in Crawford County, Arkansas or any other litigation that may arise from the four-wheeler accident that occurred on the property of Richard A. and Barbara A. Hammond on July 30, 2011.

Southern Farm Bureau is relieved from any further obligation to defend the Hammond Estate in the Crawford County litigation.

This matter is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 21st day of April, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE